■ In the Matter of BROADWAY BRETTON, INC., Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent, and BRETTON HALL TENANTS ASSOCIATION, Intervenor-Respondent. [45 NYS3d 26]—

Judgment, Supreme Court, New York County (Peter H. Moulton, J.), entered December 22, 2014, denying the petition to annul a determination of respondent New York State Division of Housing and Community Renewal (DHCR), dated December 27, 2013, which affirmed an order of the DHCR Rent

Administrator denying petitioner owner's application for a major capital improvement (MCI) rent increase, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously reversed, without costs, on the law and in the exercise of discretion, the judgment vacated, respondent's determination annulled, the petition granted, and the matter remanded to DHCR for further proceedings.

Under the circumstances of this case, where DHCR concedes that its investigator erred, and petitioner submitted the requested architect's report, albeit tardily, it was arbitrary for DHCR to deny the MCI application (*see 305 W. 18 Assoc. v New York State Div. of Hous. & Community Renewal*, 158 AD2d 377 [1st Dept 1990]). Concur—Friedman, J.P., Sweeny, Saxe and Kapnick, JJ.